# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2863

_____

United States of America,       *
                               *

          Appellee,        *

                                 *   Appeal from the United States

     v.                     *   District Court for the

                               *   Western District of Missouri.

Randolph D. Jackson,       *

                               *        [UNPUBLISHED]

          Appellant.      *

_____

Submitted: September 5, 2007
Filed: September 10, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Randolph D. Jackson appeals the 188-month prison sentence the district court[1] imposed after he pleaded guilty to aiding and abetting the possession of PCP with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), and 18 U.S.C. § 2. Jackson's counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is unreasonable.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

We disagree. The district court considered Jackson's advisory Guidelines imprisonment range (188-235 months as a career offender) along with other relevant 18 U.S.C. § 3553(a) factors, and we find no abuse of discretion in the court's sentence determination. See United States v. Booker, 543 U.S. 220, 258-62 (2005) (§ 3553(a) factors will guide reasonableness review); United States v. Haack, 403 F.3d 997, 1003-04 (8th Cir. 2005) (defining ways in which abuse of discretion may occur).

Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____